Robert Chalfant (State Bar No. 203051)
**ROBERT CHALFANT LAW, PC**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: (916) 647-7728
Email: robert@rchalfant.com

Attorney for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

JANE DOE,

Plaintiff,

v.

COUNTY OF YUBA, and MATTHEW TROY BABB,

Defendants.

Case No. 2:26-cv-02912-JAM-DMC

**ORDER GRANTING PLAINTIFF JANE DOE'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM (ECF No. 2)**

GOOD CAUSE appearing, the Court **GRANTS** Plaintiff's *ex parte* motion to proceed by pseudonym "Jane Doe'.

**IT IS SO ORDERED**.

Dated: August 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE